UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LEA A. L.,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 3:23-cv-01534-GCS |
| vs. | ) |
| | ) |
| **COMMISSIONER of SOCIAL SECURITY,** | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

**ORDER for ATTORNEY'S FEES**

**SISON, Magistrate Judge:**

This matter comes before the Court on the parties' application for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Doc 28). Defendant does not oppose the amount of the fee requested. *Id.* Based on the pleadings, it is hereby **ORDERED** that Plaintiff is awarded $5,200.00 for attorney's fees and expenses in full satisfaction of any and all claims for attorney's fees and expenses that may be payable to Plaintiff in this matter under the EAJA.

Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States per *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made

payable to **David Sutterfield** (Plaintiff's attorney) pursuant to the EAJA assignment duly signed by Plaintiff and counsel. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

> **Sutterfield Law Offices**
> **208 S. 2nd**
> **PO Box 836**
> **Effingham, Illinois 62401**

**IT IS SO ORDERED.**

**DATED:** October 28, 2024.

Digitally signed by Judge Sison
Date: 2024.10.28 12:14:14 -05'00'

**GILBERT C. SISON**
**United States Magistrate Judge**